**JON M. SANDS**
Federal Public Defender
**JAMIEL ALLEN**
Assistant Federal Public Defender
State Bar No. 024631
407 W. Congress, Suite 501
Tucson, AZ 85701-1310
Telephone: (520) 879-7500
Email: Jamiel_Allen@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR21-05706MJ-001-DTF |
| Plaintiff, | Motion to Modify Release Conditions to Allow Travel |
| vs. | (Unopposed) |
| Teddy Joseph Von Nukem, | (First Request) |
| Defendant. | |

Defendant Teddy Joseph Von Nukem seeks to modify his conditions of release to amend the condition that the Defendant shall not travel out of the State of Arizona unless prior court permission is granted. (Doc. )

On March 23, 2021, Mr. Von Nukem appeared by video-conference for his detention hearing. He resides in Missouri. During the detention hearing it was agreed that he will merely reside at Dismas Charities residential program until transportation to Missouri is arranged. Mr. Von Nukem would then be directly supervised by United States Pretrial Services and/or Probation in Missouri. The Defendant request that Condition 6 be

modified to reflect that the Defendant shall not travel outside the State of Missouri without prior court permission unless travelling to Arizona for his case.

United States Pretrial Services Officer Debora Romero and Assistant United States Heather Sechrist do not oppose this request.

RESPECTFULLY SUBMITTED this March 24, 2021.

JON M. SANDS
Federal Public Defender

*/s/ Jamiel Allen*
Jamiel Allen
Assistant Federal Public Defender

Copy of the foregoing has been provided
by electronic transmittal via the CM/ECF System:

Heather Sechrist, Assistant United States Attorney

Debora Romero, Pretrial Services Officer