# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 21-05706MJ-001-TUC-DTF |
| Plaintiff, | **ORDER** |
| v. | |
| Teddy Joseph Von Nukem, | |
| Defendant. | |

Upon motion of defendant and there being no objection, IT IS ORDERED defendant's conditions of release are modified to reflect that the defendant shall not travel outside of the State of Missouri without prior court permission unless travelling to Arizona for his case.

All other conditions of release remain in full force and effect.

Dated this 24th day of March, 2021.

Honorable D. Thomas Ferraro
United States Magistrate Judge