# UNITED STATES DISTRICT COURT
for the
District of Arizona

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** Office of Legal Affairs, Passport Services  
U.S. Department of State  
CA/PPT/L/LA  
44132 Mercure Circle  
P.O. Box 1243  
Sterling, VA 20166-1243

**FROM:** United States Pretrial Services  
Evo A. DeConcini U.S. Courthouse  
405 W. Congress  
Suite 2600  
Tucson, Arizona 85701-5020  
(520) 205-4350

**Original Notice**

**Date:** March 29, 2021  
**By:** SA

**Defendant:** Teddy Joseph Von Nukem  **Case Number:** 0970 4:21-05706M  
**Date of Birth:** 1987  **Place of Birth:** Phoenix, Arizona  
**SSN:** XXX-XX-7146

**Notice of Court Order** (Order Date: March 23, 2021)

☒ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

**NOTICE OF DISPOSITION**
The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court