PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona
MATTHEW G. ELTRINGHAM
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: matthew.eltringham@usdoj.gov
Attorneys for Plaintiff

FILED

2021 APR 14 PM 4:31

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR21-00672 TUC-RM(DTF)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | Violations: |
| Teddy Joseph Von Nukem, | 21 U.S.C. § 846 (Conspiracy to Possess with Intent to Distribute Fentanyl) Count 1 |
| Defendant. | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(vi), and 18 U.S.C. § 2 (Possession with Intent to Distribute Fentanyl, Aiding and Abetting) Count 2 |
| | 21 U.S.C. § 963 (Conspiracy to Import Fentanyl) Count 3 |
| | 21 U.S.C. § 952(a) and §§ 960(a)(1) and 960(b)(1)(F), and 18 U.S.C. § 2 (Importation of Fentanyl, Aiding and Abetting) Count 4 |
| | 21 U.S.C. § 853 Forfeiture |

**THE GRAND JURY CHARGES:**

## COUNT 1

Beginning at a time unknown, to on or about March 17, 2021, in the District of Arizona, TEDDY JOSEPH VON NUKEM did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the grand jury, to

1  possess with intent to distribute 400 grams or more of a mixture or substance containing a
2  detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21,
3  United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).
4      All in violation of Title 21, United States Code, Section 846.

## COUNT 2

6  On or about March 17, 2021, in the District of Arizona, TEDDY JOSEPH VON
7  NUKEM did knowingly and intentionally possess with intent to distribute, and did aid,
8  abet, counsel, command, induce, and procure the possession with intent to distribute 400
9  grams or more of a mixture or substance containing a detectable amount of fentanyl, a
10 Schedule II controlled substance, in violation of Title 21, United States Code, Sections
11 841(a)(1) and 841(b)(1)(A)(vi), and Title 18, United States Code, Section 2.

## COUNT 3

13 Beginning at a time unknown, to on or about March 17, 2021, in the District of
14 Arizona, TEDDY JOSEPH VON NUKEM did knowingly and intentionally combine,
15 conspire, confederate and agree with persons known and unknown to the Grand Jury, to
16 import into the United States from the Republic of Mexico 400 grams or more of a mixture
17 or substance containing a detectable amount of fentanyl, a Schedule II controlled
18 substance; in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and
19 960(b)(1)(F).
20     All in violation of Title 21, United States Code, Section 963.

## COUNT 4

22 On or about March 17, 2021, in the District of Arizona, TEDDY JOSEPH VON
23 NUKEM did knowingly and intentionally import, and did aid, abet, counsel, command,
24 induce, and procure the importation into the United States from the Republic of Mexico
25 400 grams or more of a mixture or substance containing a detectable amount of
26 fentanyl, a Schedule II controlled substance; in violation of Title 21, United States Code,
27 Sections 952(a), 960(a)(1) and 960(b)(1)(F), and Title 18, United States Code, Section 2.
28

## FORFEITURE ALLEGATION

Upon conviction of one or more of the controlled substance offenses alleged in Counts One through Four of this Indictment, defendant, TEDDY JOSEPH VON NUKEM, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, all right, title, and interest in (1) any property, real or personal, constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the said violations, and (2) any property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate, the commission of the said violations.

The property to be forfeited includes, but is not limited to:

1. One 2019 Nissan Pathfinder, VIN 5N1DR2MN8KC579048; and
2. $2,570 in U.S. currency; and
3. $693.00 in Mexican pesos.

If any of the forfeitable property, as a result of any act or omission of the defendant: (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third party; (3) has been placed beyond the jurisdiction of the court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including but not limited to all property, both real and personal, owned by the defendant.

All pursuant to Title 21, United States Code, Section 853, and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/ S /
FOREPERSON OF THE GRAND JURY
Date:   APR 1 4 2021

PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona
/ S /
MATTHEW G. ELTRINGHAM
Assistant U.S. Attorney

**REDACTED FOR PUBLIC DISCLOSURE**

*United States of America v. Teddy Joseph Von Nukem*
*Indictment Page 3 of 3*