**JON M. SANDS**
Federal Public Defender
**JAMIEL ALLEN**
Assistant Federal Public Defender
State Bar No. 024631
407 W. Congress, Suite 501
Tucson, AZ 85701-1310
Telephone: (520) 879-7500
Email: Jamiel_Allen@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 21-00672-TUC-RM (DTF) |
| Plaintiff, | Motion to Modify Release Conditions to Allow Travel |
| vs. | (Opposed, Third Request) |
| Teddy Von Nukem, | |
| Defendant. | |

      Defendant Teddy Von Nukem seeks to modify Condition number 6 (six) (Doc. 008). Condition number 6 (six), as modified already (Doc. 009), states that the defendant shall not travel outside the State of Missouri without prior court permission unless traveling to Arizona for his case. Mr. Von Nukem request the condition be further amended to state: the defendant shall not travel outside the State of Missouri, Northern District of Oklahoma, or Eastern District of Kansas without prior court permission unless traveling to Arizona for his case.

      Mr. Von Nukem's request to enlarge his region of travel is employment related. After weeks of searching, Mr. Von Nukem is able to begin employment at TruConnect

Mobile. TruConnect Mobile is an American mobile virtual network operator that sells mobile hotspots, smartphones, mobile data plans, and prepaid plans on T-Mobile's network. The company is headquartered in Los Angeles, CA. TruConnect also provides government subsidized cell phones and broad band internet to people in need through rural areas. Mr. Von Nukem's employment is commission based and contingent upon his ability to market and enroll members by travel throughout the areas designated within this motion.

Mr. Von Nukem is in full compliance with release conditions. United States Pretrial Services Officer Debora Romero opposes this request. Mr. Von Nukem provided a screenshot and signature page he received after completing TruConnect's onboarding employee paperwork. Pretrial Services is requesting additional proof of employment. Assistant United States Matthew Eltringham has not provided the government's position.

RESPECTFULLY SUBMITTED this September 7, 2021.

JON M. SANDS
Federal Public Defender

*/s/ Jamiel Allen*
Jamiel Allen
Assistant Federal Public Defender

Copy of the foregoing has been provided
by electronic transmittal via the CM/ECF System:

Matthew Eltringham, Assistant United States Attorney

Debora Romero, Pretrial Services Officer