IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES, | CR21-672-TUC-RM (DTF) |
| Plaintiff, | ORDER |
| vs. | |
| TEDDY JOSEPH VON NUKEM, | |
| Defendant. | |

The Court, having found that the defendant in the above-entitled matter is indigent and financially unable to pay expenses necessary to attend federal court proceedings scheduled for September 24, 2021, hereby ORDERS the United States Marshals Service to provide arrange non-custodial travel or furnish travel funds for travel from Springfield, Missouri to Tucson, Arizona.

Dated: September 20, 2021.

U.S. MAGISTRATE JUDGE
D. THOMAS FERRARO

1