**JON M. SANDS**
Federal Public Defender
**JAMIEL ALLEN**
Assistant Federal Public Defender
State Bar No. 024631
407 W. Congress, Suite 501
Tucson, AZ 85701-1310
Telephone: (520) 879-7500
Email: Jamiel_allen@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>vs.<br><br>Teddy Joseph Von Nukem,<br><br>   Defendant. | CR21-672-TUC-RM (DTF)<br><br>**MOTION TO CONTINUE TRIAL AND PLEA DEADLINE**<br><br>**(Unopposed, Fifth Request)** |

It is expected that excludable delay under Title 18, United States Code, §3161(h)(7)(A) will occur as a result of this motion or an order based thereon.

Defendant, Teddy Von Nukem, by and through counsel, hereby requests a **(60) sixty-day** continuance of the plea deadline scheduled for March 4, 2022 and trial date scheduled for March 22, 2022.  This request is based on the following:

1. The defendant seeks a continuance to obtain and review the government's case and disclosure and to engage in case investigation, preparation of the case for trial, and to allow time for negotiations for a potential non-trial resolution of this matter.

2. Defense counsel received cellular phone extraction reports on February 16, 2022 and needs additional time to review the reports.

1

3. Additional time is necessary to investigate the facts and circumstances underlying the alleged misconduct in order to prepare for trial with an exercise of due diligence, pursuant to 18 USC §3161(h)(7)(A) and (B)(iv), and to allow continuing negotiations with the goal of reaching a mutually-agreeable non-trial disposition.

4. The ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial, and denial of this request to continue will result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A), (B)(i).

5. Assistant U.S. Attorney, Matthew Eltringham, has no objection to the requested continuance.

RESPECTFULLY SUBMITTED this March 3, 2022.

> JON M. SANDS
> Federal Public Defender
>
> *s/ Jamiel Allen*
> JAMIEL ALLEN
> Assistant Federal Public Defender

Copy of the foregoing has been provided
by electronic transmittal via the CM/ECF System:

Matthew Eltringham, Assistant
United States Attorney

2