JON M. SANDS
Federal Public Defender
**J. LEONARDO COSTALES**
Assistant Federal Public Defender
Louisiana State Bar № 35721
407 W. Congress, Suite 501
Tucson, AZ 85701-1355
Telephone: (520)879-7500
*Attorney for Defendant*
Leo_Costales@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States Of America,  | CR21-0672-TUC-RM (DTF) |
|---|---|
| Plaintiff, | |
| v. | MOTION TO CONTINUE TRIAL AND PLEA DEADLINE |
| Teddy Joseph Von Nukem, | (Unopposed) |
| Defendant. | (6th Request) |

It is expected that excludable delay under Title 18, United States Code, § 3161 (h)(7)(A) will occur as a result of this motion or an order based thereon.

Mr. Von Nukem, through undersigned counsel, respectfully requests a 60-day continuance of the Plea Deadline set for July 8, 2022, and of the Trial set for July 26, 2022. The Court last ordered a continuance of the trial and plea deadline on April 8, 2022. (Doc. 46.) Undersigned counsel noticed his substitution on the case April 11, 2022 (Doc. 47.) Since that time, counsel has been working to become familiar with the case, to review the evidence, and to communicate with his client. This request for continuance is made because

additional time is needed for trial preparation, including, but not limited to researching issues that are pertinent to the above-mentioned case.

Matthew Eltringham, Assistant United States Attorney, was contacted and noted no objection to this request.

This motion is made in good faith and not for the purpose of delay.

**RESPECTFULLY SUBMITTED:** July 11, 2022.

> JON M. SANDS
> Federal Public Defender
>
> */s/ J. Leonardo Costales*
> **J. LEONARDO COSTALES**
> Assistant Federal Public Defender