GARY M. RESTAINO
United States Attorney
District of Arizona
MATTHEW G. ELTRINGHAM
Assistant U.S. Attorney
matthew.eltringham@usdoj.gov
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br>v.<br><br>Teddy Joseph Von Nukem,<br><br>                Defendant. | CR 21-00672-TUC-RM (DTF)<br><br>NOTICE OF CONFESSIONS, ADMISSIONS AND STATEMENTS PURSUANT TO LOCAL RULE 16.1 |

Notice is hereby given, pursuant to Rule 16.1 of the Rules of Practice of the United States District Court for the District of Arizona, that all confessions, admissions, and statements provided in government disclosure will be introduced into evidence by the government at the trial in this matter.  See, *United States v. Hall*, 742 F.2d 1153, 1156 (9th Cir. 1984); *United States v. Long*, 455 F.2d 962, 963 (9th Cir. 1972).

Specifically, the Government intends to introduce the defendant's statements made during the primary and secondary inspections at the port of entry, along with his post-*Miranda* statements made to law enforcement.

Respectfully submitted this 14th day of December, 2022.

                GARY M. RESTAINO
                United States Attorney
                District of Arizona
                *s/ Matthew G. Eltringham*
                MATTHEW G. ELTRINGHAM
                Assistant U.S. Attorney

Copy of the foregoing served electronically
or by other means this 14th day of December, 2022, to:
J. Leo Costales, Esq., Attorney for the Defendant.