## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

United States of America,
PLAINTIFF,

CR 21-00672-TUC-RM (DTF)

vs.

*WITNESS LIST*

Teddy Joseph Von Nukem
DEFENDANT.

| PRESIDING JUDGE<br>Rosemary Marquez | COURTROOM DEPUTY<br>Sandra G. Fuller | COURT REPORTER<br>Tracy Jamieson |
|---|---|---|
| HEARING DATE(S)<br>January 30–February 3, 2023 | PLAINTIFF ATTORNEY(S)<br>Matthew G. Eltringham | DEFENDANT ATTORNEY(S)<br>J. Leonardo Costales |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESS | UNDER RULE |
|---|---|---|---|---|---|
| 1 | | | | Jordan Huntzinger - CBPO | |
| 2 | | | | James G. Ndungu - CBPO | |
| 3 | | | | Ronald W. Potter - CBPO | |
| 4 | | | | Lori Coats - CBP CEO | |
| 5 | | | | Karla M. Noriega - SCPBO | |
| 6 | | | | Jose A. Elias - HSI | |
| 7 | | | | Kevin W. Jackson - HSI | |
| 8 | | | | Robert V. Figueroa - HSI | |
| 9 | | | | Rochelle A. Hranac – DEA Chemist | |
| 10 | | | | Justin Wipf - DEA | |
| 11 | | | | Jorge A. Duran - HSI | |