# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America,
PLAINTIFF,

vs.

CR 21-00672-TUC-RM (DTF)

*EXHIBIT LIST*

Teddy Joseph Von Nukem
DEFENDANT.

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Rosemary Marquez | Sandra G. Fuller | Tracy Jamieson |
| **HEARING DATE(S)** | **PLAINTIFF ATTORNEY(S)** | **DEFENDANT ATTORNEY(S)** |
| January 30–February 3, 2023 | Matthew G. Eltringham, AUSA | J. Leonardo Costales, Esq. |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT |
|---|---|---|---|
| 1 | | | Picture rear seat (Bates 35) |
| 2 | | | Picture back of rear seat (Bates 39) |
| 3 | | | Picture lower back of rear seat (Bates 36) |
| 4 | | | Picture under rear seat (Bates 37) |
| 5 | | | Picture under rear seat (Bates 41) |
| 6 | | | Picture under rear seat (Bates 40) |
| 7 | | | Picture packages removed (Bates 42) |
| 8 | | | Picture VIN (Bates 34) |
| 9 | | | Rights waiver form signed (Bates 20) |
| 10 | | | Seized property receipt U.S. currency (Bates 15) |
| 11 | | | Seized property receipt pesos (Bates 16) |
| 12 | | | DEA laboratory results (Bates 97) |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |