## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

UNITED STATES OF AMERICA  **DEFENDANT'S EXHIBIT LIST**
V.

Teddy Joseph Von Nukem                    CASE NUMBER: CR21-00672-TUC-RM (DTF)

| PRESIDING JUDGE<br>Honorable Rosemary Marquez | COURTROOM DEPUTY<br>Sandra G. Fuller | COURT REPORTER<br>Tracy Jamieson |
|---|---|---|
| HEARING/TRIAL DATE(S)<br>January 30, 2023 at 01:30 PM | PLAINTIFF ATTORNEY(S)<br>Matthew G. Eltringham, AUSA | DEFENDANT ATTORNEY(S)<br>J. Leonardo Costales, AFPD<br>Jordan P. Malka, AFPD |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
|  | 51 |  | HSI Agent Jorge Duran Arrest Report (Bates 1, 196,3-4) |
|  | 52 |  | HSI Agent Jorge Duran Custodial Interview Report (Bates 5 – 8) |
|  | 53 |  | CBPO Jordan Huntzinger Primary Insp. Report (Bates 197) |
|  | 54 |  | CBPO James Ndungu Secondary Insp. Report (Bates 10) |
|  | 55 |  | CEO Lori Coats K9 Report (Bates 11) |
|  | 56 |  | CBPO Jose Elias Pill Test Report (Bates 12) |
|  | 57 |  | Seized Property Receipts (Bates 13 – 16) |
|  | 58 |  | Teddy Von Nukem Missouri ID (Bates 17) |
|  | 59 |  | Teddy Von Nukem Missouri Car Title (Bates 19) |
|  | 60 |  | CBPO Car Photos (Bates 32 – 49) |
|  | 61 |  | Shannon Vonn Dyke Report (Bates 51 – 61) |
|  | 62 |  | Rochelle A. Hranac Chemical Analysis Report (Bates 97) |
|  | 63 |  | Rochelle A. Hranac Chain of Custody Report (Bates 101) |
|  | 64 |  | Rochelle A. Hranac DEA Lab Files (Bates 102 – 195) |
|  | 65 |  | Transcription of Custodial Interview |
|  | 66 |  | HSI Agent Jorge Duran Application Search Warrant (Bates – 96) |