# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

V.

Teddy Joseph Von Nukem

**WITNESS LIST**

CASE NUMBER: CR21-00672-TUC-RM (DTF)

| PRESIDING JUDGE<br>Honorable Rosemary<br>Marquez | COURTROOM DEPUTY<br>Sandra G. Fuller | COURT REPORTER<br>Tracy Jamieson |
|---|---|---|
| HEARING/TRIAL DATE(S)<br>January 30, 2023 at<br>01:30 PM | PLAINTIFF ATTORNEY(S)<br>Matthew G. Eltringham,<br>AUSA | DEFENDANT ATTORNEY(S)<br>J. Leonardo Costales,<br>AFPD<br>Jordan P. Malka, AFPD |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESSES | Under Rule |
|---|---|---|---|---|---|
|  | X |  |  | Antonio Soto, FPD Investigator |  |
|  | X |  |  | Teddy Joseph Von Nukem |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |