# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Teddy Joseph Von Nukem | **DEFENDANT'S AMENDED EXHIBIT LIST**<br>(Amendments in Red)<br><br>CASE NUMBER: CR21-00672-TUC-RM (DTF) |

| PRESIDING JUDGE<br>Honorable Rosemary Marquez | COURTROOM DEPUTY<br>Sandra G. Fuller | COURT REPORTER<br>Tracy Jamieson |
|---|---|---|
| HEARING/TRIAL DATE(S)<br>January 30, 2023 at 09:30 AM | PLAINTIFF ATTORNEY(S)<br>Matthew G. Eltringham, AUSA | DEFENDANT ATTORNEY(S)<br>J. Leonardo Costales, AFPD<br>Jordan P. Malka, AFPD |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| | 51 | | HSI Agent Jorge Duran Arrest Report (Bates 1, 196,3-4) |
| | 52 | | HSI Agent Jorge Duran Custodial Interview Report (Bates 5 – 8) |
| | 53 | | CBPO Jordan Huntzinger Primary Insp. Report (Bates 197) |
| | 54 | | CBPO James Ndungu Secondary Insp. Report (Bates 10) |
| | 55 | | CEO Lori Coats K9 Report (Bates 11) |
| | 56 | | CBPO Jose Elias Pill Test Report (Bates 12) |
| | 57 | | Seized Property Receipts (Bates 13 – 16) |
| | 58 | | Teddy Von Nukem Missouri ID (Bates 17) |
| | 59 | | Teddy Von Nukem Missouri Car Title (Bates 19) |
| | 60 | | CBPO Car Photos (Bates 32 – 49) |
| | 61 | | Shannon Vonn Dyke Report (Bates 51 – 61) |
| | 62 | | Rochelle A. Hranac Chemical Analysis Report (Bates 97) |
| | 63 | | Rochelle A. Hranac Chain of Custody Report (Bates 101) |
| | 64 | | Rochelle A. Hranac DEA Lab Files (Bates 102 – 195) |
| | 65 | | Transcription of Custodial Interview |
| | 66 | | HSI Agent Jorge Duran Application Search Warrant (Bates – 96) |
| | 67 | | Custody Receipt Signed by SA Duran dated 03/19/2021 (Bates 64) |
| | 68 | | Custody Receipt Signed by Shannon Vonn Dyke dated 03/19/2021 (Bates 65) |

...

| | | |
|---|---|---|
| 69 | | Complaint filed 03/18/2021 |
| 70 | | Amended Complaint filed 03/18/2021 |
| 71 | | Curriculum Vitae of Michael Grommes, D-ABFT-FD |
| 72 | | Signed Opinion by Michael Grommes, D-ABFT-FD |
| 73 | | History of Testimony of Michael Grommes, D-ABFT-FD |