# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

          V.

Teddy Joseph Von Nukem

**AMENDED WITNESS LIST**
(Amendments in Red)

CASE NUMBER: CR21-00672-TUC-RM (DTF)

| PRESIDING JUDGE<br>Honorable Rosemary Marquez | COURTROOM DEPUTY<br>Sandra G. Fuller | COURT REPORTER<br>Tracy Jamieson |
|---|---|---|
| HEARING/TRIAL DATE(S)<br>January 30, 2023 at<br>9:30 AM | PLAINTIFF ATTORNEY(S)<br>Matthew G. Eltringham,<br>AUSA | DEFENDANT ATTORNEY(S)<br>J. Leonardo Costales,<br>AFPD<br>Jordan P. Malka, AFPD |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESSES | Under Rule |
|---|---|---|---|---|---|
| | X | | | Antonio Soto, FPD Investigator | |
| | X | | | Teddy Joseph Von Nukem | |
| | X | | | Michael Grommes, D-ABFT-FD | |
| | X | | | Jorge Duran, HSI Agent | |
| | X | | | James Ndungu, CBP Officer | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |