## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

United States of America,
PLAINTIFF,

CR 21-00672-TUC-RM (DTF)

vs.

*WITNESS LIST*

Teddy Joseph Von Nukem
DEFENDANT.

| PRESIDING JUDGE<br>Rosemary Marquez | | COURTROOM DEPUTY<br>Sandra G. Fuller | | COURT REPORTER<br>Tracy Jamieson | |
|---|---|---|---|---|---|
| HEARING DATE(S)<br>January 30–February 3, 2023 | | PLAINTIFF ATTORNEY(S)<br>Matthew G. Eltringham<br>Josh A.C. Ackerman | | DEFENDANT ATTORNEY(S)<br>J. Leonardo Costales<br>Jordan P. Malka | |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESS | UNDER RULE |
|---|---|---|---|---|---|
| 1 | | | | Jordan Huntzinger - CBPO | |
| 2 | | | | James G. Ndungu - CBPO | |
| 3 | | | | Ronald W. Potter - CBPO | |
| 4 | | | | Lori Coats - CBP CEO | |
| 5 | | | | Karla M. Noriega - SCPBO | |
| 6 | | | | Jose A. Elias - HSI | |
| 7 | | | | Kevin W. Jackson - HSI | |
| 8 | | | | Robert V. Figueroa - HSI | |
| 9 | | | | Rochelle A. Hranac – DEA Chemist | |
| 10 | | | | Shannon DiPari – DEA lab | |
| 11 | | | | Jorge A. Duran - HSI | |
| 12 | | | | Shawn Patze - HSI | |
| 13 | | | | Alma Vasquez – FP&F | |
| 14 | | | | Diona Lozania – FP&F | |