# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Teddy Joseph Von Nukem,<br><br>Defendant. | No. CR-21-00672-001-TUC-RM (DTF)<br><br>**ORDER** |

Pending before the Court is Defendant's Motion to Compel Disclosure. (Doc. 83.) Defendant's Motion asks the Court to order the Government to disclose the source, reason, and date of creation for the "Be on the Look Out" (BOLO) system that placed an alert on both Defendant and his vehicle. (*Id*.)

On January 24, 2023, the Government filed a Response indicating that they had disclosed the BOLO information to Defendant. (Doc. 94.) The Government avows that the information disclosed included, but was not limited to, the agency and agent who generated the BOLO, when the BOLO was generated, along with the contents of the BOLO. (*Id*.) Therefore, the Government asks the Court to deny Defendant's Motion as moot. (*Id*.)

….

….

….

….

….

Accordingly,

**IT IS ORDRED** that Defendant's Motion to Compel Disclosure (Doc. 83) is **denied as moot**.

Dated this 25th day of January, 2023.

_____
Honorable Rosemary Márquez
United States District Judge