DISTRICT JUDGE'S MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| U.S. District Judge: Rosemary Márquez | Date: January 27, 2022 |
| USA v. Teddy Joseph Von Nukem | Case Number: CR-21-00672-001-TUC-RM (DTF) |

Assistant U.S. Attorney: Matthew Eltringham
Attorney for the defendant: Leo Costales and Jordan Malka (AFPD)
Courtroom deputy: Sandra G. Fuller
Court reporter: Cheryl Cummings

The defendant is not present and is released.

**DAUBERT HEARING**

Mr. Costales waives the defendant's appearance for purposes of today's hearing and informs the Court counsel have maintained consistent contact with the defendant throughout trial preparation.

The parties present argument to the Court regarding the Government's Motion in Limine to Preclude the Introduction of Expert Testimony (Doc. 92).

The Court takes the matter **UNDER ADVISEMENT**.

Mr. Eltringham requests the Court's permission to bring a representative sample of Fentanyl pills into the courtroom as an exhibit. Mr. Eltringham informs the Court there will be safeguards in place and he has no objection to defense counsel using the exhibit. The Court will allow the evidence providing the U.S. Marshals Service agrees the controlled substance may be brought into the courthouse.

The government informs the Court, to his knowledge, he has provided all Jencks material. The Court asks the government to verify all Jencks material has been submitted, and, if not, to submit any Jencks material to defense counsel by this afternoon or by Monday, January 30, 2023.

Daubert Hearing held from 1:38 p.m. to 2:00 p.m. (22 minutes).