# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA                **DEFENDANT'S EXHIBIT LIST**
                    V.

Teddy Joseph Von Nukem                  CASE NUMBER: CR21-00672-TUC-RM (DTF)

| PRESIDING JUDGE<br>Honorable Rosemary Marquez | COURTROOM DEPUTY<br>Sandra G. Fuller | COURT REPORTER<br>Cheryl Cummings |
|---|---|---|
| HEARING/TRIAL DATE(S)<br>January 30, 2023 at 09:30 AM | PLAINTIFF ATTORNEY(S)<br>Matthew G. Eltringham, AUSA<br>Josh A.C. Ackerman, AUSA | DEFENDANT ATTORNEY(S)<br>J. Leonardo Costales, AFPD<br>Jordan P. Malka, AFPD |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| | 51 | | HSI Agent Jorge Duran Arrest Report<br>(Govt Bates 1-4) |
| | 52 | | HSI Agent Jorge Duran Custodial Interview Report<br>(Govt Bates 5 – 8) |
| | 53 | | CBPO Jordan Huntzinger Primary Insp. Report<br>(Govt Bates 197) |
| | 54 | | CBPO James Ndungu Secondary Insp. Report<br>(Govt Bates 10) |
| | 55 | | CEO Lori Coats K9 Report<br>(Govt Bates 11) |
| | 56 | | CBPO Jose Elias Pill Test Report<br>(Govt Bates 12) |
| | 57 | | Seized Property Receipt Bulk<br>(Govt Bates 13) |
| | 58 | | Teddy Von Nukem Missouri ID<br>(Govt Bates 17) |
| | 59 | | Teddy Von Nukem Missouri Car Title<br>(Govt Bates 19) |
| | 60 | | CBPO Car Photos<br>(Govt Bates 32 – 49) |
| | 61 | | Shannon Vonn Dyke Report<br>(Govt Bates 51 – 61) |
| | 62 | | Rochelle A. Hranac Chemical Analysis Report<br>(Govt Bates 97) |
| | 63 | | Rochelle A. Hranac Chain of Custody Report<br>(Govt Bates 101) |

| | 64 | | Rochelle A. Hranac DEA Lab Files (Govt Bates 102 – 195) |
|---|---|---|---|
| | 65 | | Transcription of Custodial Interview (Def Bates 000001 - 000065) |
| | 66 | | HSI Agent Jorge Duran Application Search Warrant (Govt Bates 79-96) |
| | 67 | | Custody Receipt Signed by SA Duran dated 03/19/2021 (Govt Bates 64) |
| | 68 | | Custody Receipt Signed by Shannon Vonn Dyke dated 03/19/2021 (Govt Bates 65) |
| | 69 | | Complaint filed 03/18/2021 |
| | 70 | | Amended Complaint filed 03/18/2021 |
| | 71 | | Curriculum Vitae of Michael Grommes, D-ABFT-FD (Def Bates D000066-000070) |
| | 72 | | Signed Opinion by Michael Grommes, D-ABFT-FD (Def Bates D000071-000072) |
| | 73 | | History of Testimony of Michael Grommes, D-ABFT-FD (Def Bates D000073-000080) |
| | 74 | | Custody Receipt Last Dated 08/02/2021 (Govt Bates 198) |
| | 75 | | USCBP Disposition Order Internal Transfer of Seized Items dated 05/13/2021 (Govt Bates 199) |
| | 76 | | Report of Seized Items by SA Jorge Duran, dated 04/29/2021 (Govt Bates 200) |
| | 77 | | Order to Destroy Seized Items dated 01/21/2022 (Govt Bates 201) |
| | 78 | | Amended Chain of Custody Statement by Sr. Forensic Chemist Rochelle A. Hranac, dated 12/21/2022 (Govt Bates 206) |
| | 79 | | Photo Z-Portal Right Side Backscatter (Govt Bates 72) |
| | 80 | | Photo Z-Portal Top and Left Side Backscatter, and Left Side Forwardscatter (Govt Bates 73) |
| | 81 | | Photo Z-Portal Right Side Forwardscatter and Top Transmission (Govt Bates 74) |
| | 82 | | Shannon DiPari Statement (Govt Bates 207) |
| | 83 | | Jorge Duran Arrest Report, p. 2 (Govt Bates 196) |
| | 84 | | Seized Property Receipt Blue Vial (Govt Bates 50) |
| | 85 | | Seized Property Receipt REP (Govt Bates 14) |
| | 86 | | Seized Property Receipt U.S. Currency (Govt Bates 15) |

| | 87 | | Seized Property Receipt Pesos (Govt Bates 16) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |