DISTRICT JUDGE'S MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| U.S. District Judge: Rosemary Márquez | Date: January 30, 2023 |
| USA v. Teddy Joseph Von Nukem | Case Number: CR-21-00672-TUC-RM (DTF) |

Assistant U.S. Attorneys: Matthew Eltringham and Josh Ackerman
Attorneys for the defendant who is **NOT** present and released: Leo Costales and Jordan Malka (AFPD)
Court reporter: Cheryl Cummings
Courtroom deputy: Sandra G. Fuller

**JURY TRIAL - DAY 1**

**9:39 a.m.** Mr. Costales informs the Court the defendant is not present for today's jury trial. Mr. Costales further informs the Court that the U.S. Marshals Service provided noncustodial transportation for the defendant, and the defendant's flight was scheduled to arrive in Tucson, Arizona, at 3:54 p.m. on January 29, 2023. Mr. Costales avows to the Court he has been attempting to contact the defendant to no avail.

There being no objection by the government, the Court will resume session in one hour to allow the defendant additional time to arrive for his trial.

**9:43a.m. - 10:29 a.m.** The Court takes a recess.

The Court is back in session and notes the presence of counsel and the absence of the defendant. Mr. Costales orally motions the Court to allow an additional hour before excusing the jury. Mr. Costales states he has received information from the defendant's wife regarding an emergency situation but is unable to provide further details for the Court at this time.

The Court **DENIES** defense counsel's oral motion and **VACATES** today's jury trial. The Court **ORDERS** a warrant be issued for the defendant's arrest. The Court **FURTHER ORDERS** the jury commissioner excuse the jurors for today's scheduled trial.

Thereafter, the Government's Motion in Limine to Preclude the Introduction of Expert Testimony (Doc. 92) is **DENIED AS MOOT**.

Court adjourned at 10:30 a.m. (5 minutes)