GARY M. RESTAINO
United States Attorney
District of Arizona
MATTHEW G. ELTRINGHAM
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Matthew.eltringham@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-21-00672-TUC-RM |
| Plaintiff, | |
| vs. | GOVERNMENT'S MOTION TO DISMISS |
| Teddy Joseph Von Nukem, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, respectfully moves this Court to dismiss the Indictment in this case as the defendant is deceased.

Respectfully submitted this 9th day of February, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Matthew G. Eltringham*

MATTHEW G. ELTRINGHAM
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 9th day of February, 2023, to:

J. Leonardo Costales, Esq.
Jordan P. Malka, Esq.
Attorneys for the defendant.