# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Teddy Joseph Von Nukem,<br><br>Defendant. | CR-21-0672-001-TUC-RM (DTF)<br><br>**ORDER** |

Pending before the Court is the Government's Motion to Dismiss. (Doc. 101.) The Government moves the Court to dismiss the Indictment in the above captioned case as the Defendant is deceased. (*Id*.)

Good cause appearing,

**IT IS ORDERED** that the Government's Motion to Dismiss (Doc. 101) is **granted**. The Indictment in the above-captioned case against Defendant Teddy Joseph Von Nukem is hereby **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that the warrant issued for Defendant on January 30, 2023 is **quashed**.

Dated this 10th day of February, 2023.

_____
Honorable Rosemary Márquez
United States District Judge